# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

TERRANCE O. GREENWOOD,

    Petitioner,

v.                                CASE NO. 5:13-cv-193-RS-EMT

NICOLE ENGLISH, WARDEN,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

3. The clerk is directed to close the file.

**ORDERED** on November 19, 2013.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**